# MEMORANDUM DECISIONS.

ALLEN et al. v. CHAPPELL et al. (Circuit Court of Appeals, Eighth Circuit. January 10, 1898.) No. 994. Appeal from the Circuit Court of the United States for the District of Colorado. T. A. Green, for appellants. Hedley V. Cooke, for appellees. Dismissed, with costs, on motion of appellees, pursuant to the twenty-third rule, for failure to print record.

---

AMERICAN STRAW–BOARD CO. v. INDIANAPOLIS WATER CO. (Circuit Court of Appeals, Seventh Circuit. May 11, 1894.) No. 152. Appeal from the Circuit Court of the United States for the District of Indiana. Edwin Walker, John W. Kern, and Arthur J. Eddy, for appellant. A. C. Harris, J. L. High, Edw. Daniels, and Albert Baker, for appellee. Dismissed, on motion of appellant. See 53 Fed. 970; 57 Fed. 1000; 65 Fed. 534; 75 Fed. 972; 26 C. C. A. 470, 81 Fed. 423.

---

BATES v. KEITH. (Circuit Court of Appeals, First Circuit. February 18, 1898.) No. 231. Appeal from the Circuit Court of the United States for the District of Massachusetts. James E. Maynadier, for appellant. William Quinby, for appellee. Before COLT, Circuit Judge, and WEBB and ALDRICH, District Judges.

PER CURIAM. Upon a careful examination of this case we are satisfied with the conclusions reached by the circuit court (82 Fed. 100), and affirm the decree. The decree of the circuit court is affirmed, with the costs of this court for the appellee.

---

BLAKE v. PINE MOUNTAIN IRON & COAL CO. SOUTHERN LAND IMP. CO. v. MERRIWETHER. BLAKE v. SAME. (Circuit Court of Appeals, Sixth Circuit. May 4, 1897.) Nos. 379, 380, and 390. Appeals from the Circuit Court of the United States for the District of Kentucky. Thomas W. Bullitt, for appellant John D. Blake. No opinion. Upon a petition for modification in accordance with the reservation contained in the decrees entered in these cases on June 22, 1896, granting leave to apply for the modification suggested by the opinion of the court (Blake v. Coal Co., 43 U. S. App. 490, 549, 22 C. C. A. 430, and 76 Fed. 624), the decree of the circuit court was modified, by striking out therefrom so much thereof as commands Blake to remove his mortgage for $17,290 on certain Minneapolis property to the Metropolitan Trust Company, dated on August 29, 1892, and by inserting therein a direction that, in the reformation of the deed of trust to the Germania Trust Company, therein decreed, the deed should contain a declaration that the imposition of the mortgage above described was unauthorized, and that in any settlement of its accounts with Blake the amount of said mortgage should be charged against Blake by the trustee, unless Blake should meantime pay and remove the same before said settlement, without prejudice to the right of the parties to take such steps to secure further relief in this behalf to which they may be entitled; in other respects, said decree should be affirmed.